UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14057-CR-ROSENBERG/BRANNON

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ROBIN JEAN GUILLAUME,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Dave Lee Brannon on September 4, 2014. A Report and Recommendation was filed on September; 4, 2014 (D.E. 206) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 206) of United States Magistrate Judge Dave Lee Brannon, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of count one and five of the Superseding Indictment which charges that the Defendant knowingly and willfully combine, conspire, confederate and agree with others to possess with intent to Distribute a controlled substance, namely five hundred grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 846(a)(1) and 841(b)(1)(B); all in violation of Title 21, United States Code, Section 846, and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 9249(c) (1)(A)(iii) and 2.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of October, 2014.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Judge
All Counsel Of Record